In re:  Case No. 24-31316-maw
Raymundo Ybanes, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3 | User: admin | Page 1 of 2
Date Rcvd: Oct 23, 2024 | Form ID: 318 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymundo Ybanes, Jr., 394 Jamesway Dr., Apt. #G, Marion, OH 43302-7840 |
| ust | + | Cherie Jackson, 1263 Churchill Rd Lyndhurst Ohio 44124, Lyndhurst, OH 44124-1305 |
| 27886736 | + | 90 Day credit repair, 10985 larson dr, Denver, CO 80233-3424 |
| 27886737 | | Balance Credit, 6504 International Pkwy, Suite 2100, Allen, TX 75013 |
| 27886741 | + | Credit One, P.O. Box 40480, Cleveland, OH 44140-0480 |
| 27886742 | + | Delaware City Tax, 1 S. Sandusky St., Delaware, OH 43015-3000 |
| 27886743 | + | Eagle Loan, 5414 Monroe St, Toledo, OH 43623-2885 |
| 27886744 | + | Eagle Loan Co of Ohio, 1256 Bellefontaine St, Wapakoneta, OH 45895-9775 |
| 27886747 | | Huntington Bank, P.O.Box 16722, Columbus, OH 43216-6722 |
| 27886748 | + | Kia Auto Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 27886749 | + | Lendmark, 1330 Mount Vernon Ave, Marion, OH 43302-5627 |
| 27886750 | + | Lendmark Financial, P.O. Box 973, Owensboro, KY 42302-0973 |
| 27886751 | + | Medical Ohio Health, 1040 delaware ave, Marion, OH 43302-6416 |
| 27886755 | + | Tracir Financial, 2040 Brice Rd #200, Reynoldsburg, OH 43068-3460 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QWLSWOPE.COM | Oct 24 2024 01:23:00 | William L. Swope, 610 Tiffin Avenue, Findlay, OH 45840-5718 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 23 2024 21:29:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 23 2024 21:29:00 | CarMax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 27886739 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 23 2024 21:29:00 | Carmax Auto Finance, P.O. Box 440609, Kennesaw, GA 30160 |
| 27886740 | | Email/Text: bankruptcy@creditfresh.com | Oct 23 2024 21:29:00 | Credit Fresh, 109 E. Main St., Weir, KS 66781 |
| 27886738 | | EDI: CAPITALONE.COM | Oct 24 2024 01:23:00 | Capital One, 1957 Westmoreland Rd., Richmond, VA 23276-5617 |
| 27886745 | + | EDI: AMINFOFP.COM | Oct 24 2024 01:23:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 27886746 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 23 2024 21:30:00 | Flagship Credit Acceptance, PO Box 3807, Coppell, TX 75019-5877 |
| 27886752 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 23 2024 21:36:04 | Merrick Bank Carp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 27886754 | + | Email/Text: ngisupport@radiusgs.com | Oct 23 2024 21:29:00 | Radius Global Services, 7831 Glenroy Rd Ste 250, Minneapolis, MN 55439-3117 |
| 27886753 | | Email/Text: BankruptcyNotices@schear.net | Oct 23 2024 21:29:00 | Quick Credit, 205 Sugar Camp Circle, Dayton, OH 45409 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nathan M. Nishiki | on behalf of Debtor Raymundo Ybanes Jr. nnishiki@ohiolegalclinic.com, rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;Rauser_Bestclient@mail.com |
| William L. Swope | trustee7@sbcglobal.net wswope@ecf.axosfs.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Raymundo Ybanes Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5880 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 24–31316–maw | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymundo Ybanes Jr.
aka Raymundo Ybanes, aka Raymond Ybanes

<u>10/23/24</u>

**By the court:** <u>MARY ANN WHIPPLE</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**